UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK
--------------------------------------------------------X
In Re:                                                                  Chapter   13

  DEBORAH A. FORDE

                                              Case No. 19-43275

                                  Debtor(s)
--------------------------------------------------------X

## LOSS MITIGATION REQUEST - BY DEBTOR

I am a Debtor in this case. I hereby request to enter into the Loss Mitigation Program with respect to *[Identify the property, loan and creditor(s) for which you are requesting loss mitigation]*:

1035 E 81st Street, Brooklyn, NY 11236
*[Identify the Property]*

8535
*[Last 4 Digits of Loan Number]*

Selene Finance LP, 9990 Richmond Ave., Suite 400 South, Houston, TX 77042
*[Creditor's Name and Address]*

**SIGNATURE**

I understand that if the Court orders loss mitigation in this case, I will be expected to comply with the Loss Mitigation Procedures. I agree to comply with the Loss Mitigation Procedures, and I will participate in the Loss Mitigation Program in good faith. I understand that loss mitigation is voluntary for all parties, and that I am not required to enter into any agreement or settlement with any other party as part of entry into the Loss Mitigation Program. I also understand that no other party is required to enter into any agreement or settlement with me. I understand that **I am not required to request dismissal of this case** as part of any resolution or settlement that is offered or agreed to during the Loss Mitigation Period.

Sign: /s/ Deborah A. Forde              Date: May 29, 2019

Print Name: Deborah A. Forde
*[First and Last Name]*

Telephone Number: 800-323-3034
*[i.e. 999-999-9999]*

E-mail Address [if any]: alicenicholsonlaw@gmail.com