

August 6, 2019

Honorable Chief Judge Carla E. Craig
United States Bankruptcy Court
Eastern District of New York
271-C Cadman Plaza East, Suite 1595
Brooklyn, New York 11201-1800

        **Debtor:**      **Deborah A. Forde**
        **Case No.:**   **19-43275-cec**
        **Chapter:**    **13**
        **Property Address: 1035 E 81st Street, Brooklyn, NY 11236**

Dear Honorable Chief Judge Craig,

      This firm represents Selene Finance LP as servicer for MTGLQ Investors, L.P., a secured creditor of the above-named Debtor. On June 21, 2019 a Loss Mitigation Order was entered by this Court. We would respectfully request that the below serve as a status update on the aforementioned loss mitigation proceeding.

      On July 3, 2019, our firm filed the Loss Mitigation Contact Designation letter and provided Debtor's counsel with the Loss Mitigation package that the Debtor must complete. I sent follow up e-mails to Debtor's counsel on July 18 and July 29. As of today our office has not received a Loss Mitigation package. Therefore, we request that the Court set a strict deadline for the Debtor to submit the Loss Mitigation package.

      Thank you for your courtesy in the matter. Please do not hesitate to contact me with any questions regarding the matter.

                                                    Respectfully,

                                                  ***/s/Raquel Felix***
                                                  Raquel Felix, Esq.
                                                  RAS Boriskin, LLC
                                                  rfelix@rasboriskin.com

cc: Alice Nicholson, Esq., **(Via ECF)**