**Law Offices of**
**ALICE A. NICHOLSON, ESQ**
**26 Court Street- Suite 1307**
**Brooklyn, New York 11242**
**TEL & FAX (800) 323-3034**

---

August 8, 2019

Honorable Carla E. Craig
US Bankruptcy Court, EDNY
Conrad B. Duberstein Courthouse
271-C Cadman Plaza East
Brooklyn, New York 11201-1800

        Re:        Deborah Forde
                  19—43275-CEC
                  Selene Finance Loan number ending 8535

Your Honor:

        I write to request an adjournment of the loss mitigation hearing.

        The debtor was involved in a serious accident on July 21, 2019—her car was totaled. Fortunately, her injuries are not debilitating, but she directed to rest in bed; otherwise she is receiving physical therapy five days a week.

        The debtor's paychecks remain undisturbed and she hopes to be back to work before the end of this month. She thinks she can come into my office by the end of next week to sign the modification application and related documents.

                                             Respectfully yours,

                                             /s/

                                             Alice A. Nicholson (8683)
                                             Attorney for Debtor, Deborah Forde