

October 15, 2019

Honorable Chief Judge Carla E. Craig
United States Bankruptcy Court
Eastern District of New York
271-C Cadman Plaza East, Suite 1595
Brooklyn, New York 11201-1800

> **Debtor:** **Deborah A. Forde**
> **Case No.:** **19-43275-cec**
> **Chapter:** **13**
> **Property Address: 1035 E 81st Street, Brooklyn, NY 11236**

Dear Honorable Chief Judge Craig,

    This firm represents Selene Finance LP as servicer for MTGLQ Investors, L.P., a secured creditor of the above-named Debtor. On June 21, 2019 a Loss Mitigation Order was entered by this Court. We would respectfully request that the below serve as a status update on the aforementioned loss mitigation proceeding.

    At the last Loss Mitigation Status Conference held on August 8th, the Debtor was to submit a Loss Mitigation package by August 23rd. Debtor failed to submit any Loss Mitigation package and at this time still has not submitted any Loss Mitigation documents to proceed with the Loss Mitigation review. **Selene therefore requests that Loss Mitigation be terminated.**

    Thank you for your courtesy in the matter. Please do not hesitate to contact me with any questions regarding the matter.

    Respectfully,

    ***/s/Raquel Felix***
    Raquel Felix, Esq.
    RAS Boriskin, LLC
    rfelix@rasboriskin.com

cc: Alice Nicholson, Esq., **(Via ECF)**