**Law Offices of**
**ALICE A. NICHOLSON, ESQ**
**26 Court Street- Suite 1307**
**Brooklyn, New York 11242**
**TEL & FAX (800) 323-3034**

---

October 17, 2019

Honorable Carla E. Craig
US Bankruptcy Court, EDNY
Conrad B. Duberstein Courthouse
271-C Cadman Plaza East – Suite 1595
Brooklyn, New York 11201-1800

       Re:        Deborah A Forde
       Case No.  :      19-43275-cec

Your Honor:

    I have discussed the matters raised in the Trustee's motion to dismiss with the debtor and she consents to dismissal of the instant Chapter 13 case.

        Respectfully yours,

        /s/

        Alice A. Nicholson (8683)
        Attorney for the Debtor, Deborah A Forde