Fill in this information to identify the case:

Debtor 1    Deborah A. Forde

Debtor 2    _____

(Spouse, if filing)

United States Bankruptcy Court for the EASTERN District of NEW YORK

Case number 1-19-43275-cec

# Official Form 410S2

## Notice of Postpetition Mortgage Fees, Expenses, and Charges     12/16

If the debtor's plan provides for payment of postpetition contractual installments on your claim secured by a security interest in the debtor's principal residence, you must use this form to give notice of any fees, expenses, and charges incurred after the bankruptcy filing that you assert are recoverable against the debtor or against the debtor's principal residence.

**File this form as a supplement to your proof of claim.** See Bankruptcy Rule 3002.1.

**Name of creditor:** MTGLQ INVESTORS, L.P.       **Court claim no.** (if known): 4-2

**Last 4 digits** of any number you use to identify the debtor's account: 8535

**Does this notice supplement a prior notice of postpetition fees, expenses, and charges?**

■ No

☐ Yes. Date of the last notice: _____

### Part 1:  Itemize Postpetition Fees, Expenses, and Charges

Itemize the fees, expenses, and charges incurred on the debtor's mortgage account after the petition was filed. Do not include any escrow account disbursements or any amounts previously itemized in a notice filed in this case. If the court has previously approved an amount, indicate that approval in parentheses after the date the amount was incurred.

| | Description | Date Incurred | | Amount |
|---|---|---|---|---|
| 1 | Late Charges | | (1) | $0.00 |
| 2 | Non-sufficient funds (NSF) fees | | (2) | $0.00 |
| 3 | Attorneys fees | | (3) | $0.00 |
| 4 | Filing fee and court costs | | (4) | $0.00 |
| 5 | Bankruptcy/Proof of claim fees | 06/18/2019 (Plan Review) | (5) | $350.00 |
| | | 08/05/2019 (Proof of Claim) | | $300.00 |
| 6 | Appraisal/Broker's Price opinion fees | | (6) | $0.00 |
| 7 | Property inspection fees | | (7) | $0.00 |
| 8 | Tax Advances (non-escrow) | | (8) | $0.00 |
| 9 | Insurance advances (non-escrow) | | (9) | $0.00 |
| 10 | Property preservation expenses | | (10) | $0.00 |
| 11 | Other. Specify: Payment History 410A | 08/05/2019 | (11) | $250.00 |
| 12 | Other. Specify: Plan Objection (DE19) | 07/02/2019 | (12) | $500.00 |
| 13 | Other. Specify: | | (13) | $0.00 |
| 14 | Other. Specify: | | (14) | $0.00 |

The debtor or trustee may challenge whether the fees, expenses, and charges you listed are required to be paid. See 11 U.S.C. § 1322(b)(5) and Bankruptcy Rule 3002.1.

Debtor 1 <u>Deborah A. Forde</u>                                     Case number *(if known)* <u>1-19-43275-cec</u>
         Print Name    Middle Name    Last Name

**Part 2:**   **Sign Here**

The person completing this Notice must sign it. Sign and print your name and your title, if any, and state your address and telephone number.

*Check the appropriate box.*

☐ I am the creditor

■ I am the creditor's authorized agent.

**I declare under penalty of perjury that the information provided in this claim is true and correct to the best of my knowledge, information, and reasonable belief.**

✗   <u>/s/ Sindi Mncina_____</u>                                    Date  <u>**10/22/2019**</u>
     Signature

Print          <u>**Sindi Mncina**_____</u>                               Title   <u>Bankruptcy Attorney</u>
               First Name    Middle Name    Last Name

Company    <u>RAS Crane, LLC</u>

Address    <u>10700 Abbott's Bridge Road, Suite 170 </u>
           Number         Street

           <u>Duluth, GA 30097</u>
           City                                    State         ZIP Code

Contact Phone   <u>470-321-7112</u>                                  Email  <u> smncina@rascrane.com </u>

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on __October 23, 2019_____,
I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, and a true and correct copy has been served via CM/ECF or United States Mail to the following parties:

Alice A Nicholson, Esq
26 Court Street
Suite 1307
Brooklyn, NY 11242

Deborah A. Forde
1035 E 81st Street
Brooklyn, NY 11236

Michael J. Macco
2950 Express Drive South
Suite 109
Islandia, NY 11749

Office of the United States Trustee
Eastern District of NY (Brooklyn Office)
U.S. Federal Office Building
201 Varick Street, Suite 1006
New York, NY 10014

RAS Crane, LLC
Authorized Agent for Secured Creditor
10700 Abbott's Bridge Road, Suite 170
Duluth, GA 30097
Telephone: 470-321-7112
Facsimile: 404-393-1425

By: **/s/Nickele Stone**_____
    **Nickele Stone**
    **nstone@rascrane.com**

**RAS Crane, LLC**
10700 Abbotts Bridge Road, Suite 110
Duluth, GA 30097
Phone No: (561) 241-6901
Fax No:

## Bankruptcy - Bankruptcy Services - Chapter 13 - INVOICE

| | | | |
|---|---|---|---|
| Selene Finance | | Invoice #: | ███ |
| | | Invoice Status: | Check Confirmed |
| 9990 Richmond | | Input By: | Lauren Klinmann |
| Houston, TX 77042 | | Date Submitted: | 6/19/2019 |
| Re: | DEBORAH FORDE | Invoice Date: | 6/18/2019 |
| | 1035 E 81ST ST | Vendor Ref #: | ███ |
| | BROOKLYN, NY 11236 | Vendor Code: | |
| Loan #: | ███ | Payee Code: | |
| Loan Type: | Conventional | Type: | Non Judicial |
| Inv. ID / Cat. ID: | ███ | Referral Date | 6/4/2019 |
| Cost Center: | | | |
| CONV Case No: | | | |
| GSE Code: | O | Acquisition Date: | |
| GSE REO Rem. Code: | | Paid in Full Date: | N/A |
| | | Foreclosure Removal | N/A |
| Original Mortgage Amount: $270,000.00 | | HiType | 1 |
| Litigation Status Code: | | Class Code | |
| Man Code: | | | |
| BK Case No: | 1-19-43275-cec | | |
| BK Chapter: | 13 | | |

| | |
|---|---|
| Invoice ID: | ███ |
| Asset Number: | |
| Outsourcer: | LPS Default Solutions |

| SubmittedDate | 1st Reviewed Date | Last Reviewed | Accepted Date | Approved Date | Chk Requested | Chk Confirmed |
|---|---|---|---|---|---|---|
| 6/19/2019 | 6/25/2019 | 7/8/2019 | | 7/8/2019 | 7/8/2019 | 7/9/2019 |

| Fee Description(s) | W/H Aff.Ind | Item Date | Qty | Item Price | Orig. Billed | Adjust | Net |
|---|---|---|---|---|---|---|---|
| Attorney Fees - Review of Plan | | 06/18/2019 | 1 | $350.00 | $350.00 | $0.00 | $350.00 |

Note: Bankruptcy Plan Review (recoverable) - Bankruptcy Plan Review (recoverable BK-4102) . BK Plan Review: Please note that no documents are filed with BK court for Plan Review. RECOVERABLE
Service From Date: 6/18/2019          Service To Date: 6/18/2019

| | | | | | | $350.00 | $0.00 | $350.00 |
|---|---|---|---|---|---|---|---|---|

| Total: | | | | | | $350.00 | $0.00 | $350.00 |
|---|---|---|---|---|---|---|---|---|

**Invoice Level Exceptions**
None

**Invoice Level Comment**
Does Not Exceed Allowable

Execution Date Time: 10/18/2019 11:50:29 AM                                                Pages: 1/ 2

# RAS Crane, LLC

10700 Abbotts Bridge Road, Suite 110

Duluth, GA 30097

Phone No: (561) 241-6901

Fax No:

## Bankruptcy - Bankruptcy Services - Chapter 13 - INVOICE

| | | | |
|---|---|---|---|
| Selene Finance | | Invoice #: | ███ |
| | | Invoice Status: | Check Confirmed(Exc) |
| 9990 Richmond | | Input By: | Lauren Klinmann |
| Houston, TX 77042 | | Date Submitted: | 7/3/2019 |
| Re: | DEBORAH FORDE | Invoice Date: | 7/3/2019 |
| | 1035 E 81ST ST | Vendor Ref #: | ███ |
| | BROOKLYN, NY 11236 | Vendor Code: | |
| Loan #: | ███ | Payee Code: | |
| Loan Type: | Conventional | Type: | Non Judicial |
| Inv. ID / Cat. ID: | ███ | Referral Date | 6/20/2019 |
| Cost Center: | | | |
| CONV Case No: | | | |
| GSE Code: | O | Acquisition Date: | |
| GSE REO Rem. Code: | | Paid in Full Date: | N/A |
| | | Foreclosure Removal | N/A |
| Original Mortgage Amount: | $270,000.00 | HiType | 1 |
| Litigation Status Code: | | Class Code | |
| Man Code: | | | |
| BK Case No: | 1-19-43275-cec | | |
| BK Chapter: | 13 | | |

| | |
|---|---|
| Invoice ID: | ███ |
| Asset Number: | |
| Outsourcer: | LPS Default Solutions |

| SubmittedDate | 1st Reviewed Date | Last Reviewed | Accepted Date | Approved Date | Chk Requested | Chk Confirmed |
|---|---|---|---|---|---|---|
| 7/3/2019 | 7/10/2019 | 7/31/2019 | | 7/31/2019 | 7/31/2019 | 8/1/2019 |

| Fee Description(s) | W/H Aff.Ind | Item Date | Qty | Item Price | Orig. Billed | Adjust | Net |
|---|---|---|---|---|---|---|---|
| Attorney Fees - Objection to Confirmation | | 07/02/2019 | 1 | $500.00 | $500.00 | $0.00 | $500.00 |

Note: Bankruptcy Plan Objection (recoverable) RECOVERABLE
Service From Date: 7/2/2019    Service To Date: 7/2/2019 12:00:00

| | | | |
|---|---|---|---|
| | $500.00 | $0.00 | $500.00 |

| Total: | $500.00 | $0.00 | $500.00 |
|---|---|---|---|

**Invoice Level Exceptions**
Possible Duplicate Invoice

**Invoice Level Comment**
Does Not Exceed Allowable

Execution Date Time: 10/18/2019 11:50:29 AM

Pages: 1/ 2

# RAS Crane, LLC

10700 Abbotts Bridge Road, Suite 110

Duluth, GA 30097

Phone No: (561) 241-6901

Fax No:

## Bankruptcy - Bankruptcy Services - Chapter 13 - INVOICE

Selene Finance

9990 Richmond
Houston, TX 77042

Re: DEBORAH FORDE
1035 E 81ST ST
BROOKLYN, NY 11236

Loan #:
Loan Type: Conventional
Inv. ID / Cat. ID:
Cost Center:
CONV Case No:
GSE Code: O
GSE REO Rem. Code:

Original Mortgage Amount: $270,000.00
Litigation Status Code:
Man Code:

BK Case No: 1-19-43275-cec
BK Chapter: 13

Invoice #:
Invoice Status: Check Confirmed(Exc)
Input By: Lauren Klinmann
Date Submitted: 8/5/2019
Invoice Date: 8/5/2019
Vendor Ref #:
Vendor Code:
Payee Code:
Type: Non Judicial
Referral Date: 6/6/2019

Acquisition Date:
Paid in Full Date: N/A
Foreclosure Removal N/A
HiType 1
Class Code

Invoice ID:
Asset Number:
Outsourcer: LPS Default Solutions

| SubmittedDate | 1st Reviewed Date | Last Reviewed | Accepted Date | Approved Date | Chk Requested | Chk Confirmed |
|---|---|---|---|---|---|---|
| 8/5/2019 | 8/9/2019 | 8/29/2019 | | 8/29/2019 | 8/29/2019 | 8/30/2019 |

| Fee Description(s) | W/H | Aff.Ind | Item Date | Qty | Item Price | Orig. Billed | Adjust | Net |
|---|---|---|---|---|---|---|---|---|
| Attorney Fees - Proof of Claim | | | 08/05/2019 | 1 | $250.00 | $250.00 | $0.00 | $250.00 |

Note: Bankruptcy Proof of Claim - Part 5 (410A) - Bankruptcy Proof of Claim- Part 5/410A (recoverable) (BK-4146). Bankruptcy Proof of Claim - Part 5 (410A) Recoverable RECOVERABLE
Service From Date: 8/5/2019     Service To Date: 8/5/2019 12:00:00

| Attorney Fees - Proof of Claim | | | 08/05/2019 | 1 | $300.00 | $300.00 | $0.00 | $300.00 |

Note: Bankruptcy Proof of Claim (recoverable) RECOVERABLE
Service From Date: 8/5/2019     Service To Date: 8/5/2019 12:00:00
Line Item was used multiple times on the invoice

|  |  |  |  |  |  | $550.00 | $0.00 | $550.00 |

Total:     $550.00   $0.00   $550.00

**Invoice Level Exceptions**
Line Item was used multiple times on the invoice

**Invoice Level Comment**
Does Not Exceed Allowable

Execution Date Time: 10/18/2019 11:50:29 AM                                                         Pages: 1/ 2